# United States Court of Appeals for the Fifth Circuit

---

No. 22-50789
consolidated with
No. 22-50816
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

May 30, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Manuel Ramon Macias-Ramirez,

*Defendant—Appellant*.

---

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 4:22-CR-217-1, 4:22-CR-530-1

---

Before Davis, Smith, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Manuel Ramon Macias-Ramirez appeals his conviction and sentence for illegal reentry into the United States under 8 U.S.C. § 1326(a) and (b)(1). He also appeals the district court's order revoking the term of supervised release he was serving at the time of the offense. Because his appellate brief

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

does not address the revocation or revocation sentence, he has abandoned any challenge to that order. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993).

For the first time on appeal, Macias-Ramirez argues that his sentence exceeds the statutory maximum and is therefore unconstitutional because the district court enhanced his sentence under § 1326(b) based on the fact of a prior conviction that was not alleged in the indictment or found by a jury beyond a reasonable doubt. He raises the issue to preserve it for further review and has filed an unopposed motion for summary disposition, correctly conceding that the issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).

Because his argument is foreclosed, summary disposition is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Accordingly, Macias-Ramirez's motion for summary disposition is GRANTED, and the district court's judgments are AFFIRMED.